VINCENT A. ESPOSITO *v.* ELEANOR COHEN ET AL.
(2396)

DANNEHY, C.P.J., DUPONT and BORDEN, Js.

Argued May 1—decision released July 17, 1984

*Joseph F. Skelley, Jr.,* with whom, on the brief, was *Peter Dorsey,* for the appellants (defendants).

*David M. Reilly,* with whom was *Anthony J. Lasala,* for the appellee (plaintiff).

PER CURIAM. There is no error.